UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CELESTE TYNES,<br>      Plaintiff,<br><br>v.<br><br>ILLINOIS VETERANS HOME,<br>      and<br><br>COUNSEL 31 AFSCME,<br>      Defendants. | Case No. 12-2082 |

**ORDER**

On July 16, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (# 20) in the above cause. Judge Bernthal recommended granting the Motion to Dismiss (# 10) filed by Defendant AFSCME Council 31 and granting the Motion to Dismiss (#16) filed by Defendant Illinois Department of Veterans' Affairs.

Neither party filed an objection to Judge Bernthal's Recommendation within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1). Therefore both parties have waived any objection. This court has carefully reviewed Judge Bernthal's Report and Recommendation. Following this court's careful *de novo* review of the Report and Recommendation, this court agrees with Judge Bernthal's thorough and well-supported analysis recommending that the two Motions to Dismiss (#10, #16) should be granted. Accordingly, those recommendations are accepted by this court.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (# 20) is accepted by this court.

(2) The Motion to Dismiss (# 10) filed by AFSCME Council 31 is GRANTED. AFSCME Council 31 is terminated as a Defendant in this action.

(3) The Motion to Dismiss (# 16) filed by Illinois Veterans Home (Illinois Department of Veterans' Affairs) is GRANTED. Illinois Department of Veterans' Affairs is terminated as a Defendant in this action.

(4) This case is terminated.

ENTERED this 2nd day of October, 2012

s/ Michael P. McCuskey

MICHAEL P. McCUSKEY
UNITED STATES DISTRICT JUDGE